UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**REGENIA BROWN**,

    **Plaintiff,**

v.

**CASEY'S RETAIL COMPANY,**

    **Defendants.**           No. 12-cv-1017-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order (Doc. 23) entered by this Court on July 22, 2013, this case is **DISMISSED** with prejudice.

           NANCY J. ROSENSTENGEL,
           CLERK OF COURT

           BY:   /s/*Sara Jennings*
                     Deputy Clerk

Dated:   September 24, 2013

APPROVED:   David R. Herndon
2013.09.24
11:06:56 -05'00'
    CHIEF JUDGE
    U. S. DISTRICT COURT